UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00193-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIAN SALVADOR,

    Defendant.
_____

**ORDER**
_____

    This matter is before the Court upon review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Thursday, July 20, 2006**, and responses to these motions shall be filed by **Monday, July 31, 2006**.  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Tuesday, August 8, 2006, at 3:00 p.m.**  It is

    FURTHER ORDERED that a four-day jury trial is scheduled to commence on **Monday, August 14, 2006, at 9:00 a.m.**

    Dated:  June 14, 2006

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                U. S. District Judge