UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00193-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIAN SALVADOR,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Second Unopposed Motion to Extend Deadline for Filing Pretrial Motions and Unopposed Motion to Continue Trial (filed July 29, 2006).  The motion seeks a 30 day extension of time to file motions from the current deadline of August 1, 2006, and also seeks to continue the motions hearing, final trial preparation conference, and trial for 30 days.

The Court, having reviewed the motion and being fully advised in the premises, grants the motion in part and denies it in part.  The portion of the motion seeking a 30 day extension of time to file motions is granted.  Defendant has up to and including Thursday, August 31, 2006, in which to file motions.  The motion to continue trial is also granted although the request that the trial be continued for 30 days is denied, as set forth below.

I find that the failure to grant a continuance in this case which I do not find to be complex would deny Defendant and his counsel the reasonable time necessary for

effective trial preparation, taking into account the exercise of due diligence and/or would result in a miscarriage of justice.  Specifically, Defendant indicates that he is engaged in discussions with the Government which could impact the prosecution of this case.  I further find that the ends of justice served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv).

Accordingly, the hearing on pending motions and final trial preparation conference set August 8, 2006, and the four-day jury trial set to commence August 14, 2006, are vacated.  Rather than resetting this trial now when it is uncertain whether it will actually go, the speedy trial deadlines are tolled for 60 days.  The parties shall file a status report on or before Friday, August 31, 2006, advising of the status of the case and whether the motions hearing and trial need to be reset.

Based on the foregoing, it is

ORDERED that Defendant's Second Unopposed Motion to Extend Deadlines for Filing Pretrial Motions is **GRANTED**.  Defendant has up to and including **Thursday, August 31, 2006**, in which to file motions.  It is

FURTHER ORDERED THAT Defendant's Unopposed Motion to Continue Trial is **GRANTED IN PART AND DENIED IN PART** consistent with this Order.  It is

FURTHER ORDERED that the trial currently set to commence on August 14, 2006, and the hearing on pending motions/final trial preparation conference set for August 8, 2006, are **VACATED**.  Finally, it is

ORDERED that the parties shall file a status report in this case by **Thursday, August 31, 2006**, indicating the status of this matter and whether the case needs to be reset for a motions hearing and trial.

Dated: July 31, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge