UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00193-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIAN SALVADOR,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Status Report filed August 31, 2006.  Defendant seeks an additional extension of the speedy trial deadlines so that the parties can continue to pursue discussions and negotiations with respect to a disposition of the charge.  Defendant indicates that counsel for the Government concurs with the request.

Defendant's request is granted.  I find that the failure to grant an additional 45 day continuance of the speedy trial deadlines in this case which I do not find to be complex would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence and/or would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv).  Specifically, Defendant indicates that he is engaged in discussions with the Government which could impact the prosecution of this case.  I further find that the

ends of justice served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, it is

ORDERED that the speedy trial deadlines are tolled an additional 45 days pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv). It is

FURTHER ORDERED that the parties shall file another status report in this case by **Friday, September 29, 2006**.

Dated: September 1, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge