UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 06-cr-00193-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JULIAN SALVADOR,

    Defendant.
_____

**ORDER**
_____

THIS MATTER is before the Court on Defendant's Status Report filed November 1, 2006. Defendant seeks an additional day extension of the speedy trial deadlines so that the parties can continue to pursue discussions and negotiations with respect to a plea disposition.

Having reviewed the Status Report and being fully advised in the premises, I grant the request for an additional continuance. I find that the failure to grant an additional 45 day continuance of the speedy trial deadlines in this case which I do not find to be complex would deny Defendant and his counsel the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence and/or would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv). Specifically, Defendant indicates that he is engaged in discussions with the Government related to a plea disposition. I further find that the ends of justice

served by a continuance in this case outweigh the best interest of the public and Defendant in a speedy trial.  Accordingly, it is

ORDERED that the speedy trial deadlines are tolled an additional 45 days pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(i) and (iv).  It is

FURTHER ORDERED that by **Monday, December 4, 2006**, the parties shall either file a notice of disposition (if a plea disposition is reached) or a status report indicating when the case should be set for trial and a proposed deadline for the filing of motions.

Dated:  November 3, 2006

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge