**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| Date: | July 19, 2007 | Probation: | Robert Ford |
|---|---|---|---|
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **06-cr-00193-WYD**          Counsel:

UNITED STATES OF AMERICA,                     David M. Conner
                                              Gregory A. Holloway
        Plaintiff,

v.

**1. JULIAN SALVADOR**,                       Martha H. Eskesen

        Defendant.
_____

**SENTENCING**
_____

**3:43 p.m.**   Court in Session - Defendant present (on-bond)

              **Change of Plea Hearing - March 23, 2007**
              **Plea of Guilty - one-count Information**

              APPEARANCES OF COUNSEL.

              Court's opening remarks.

3:45 p.m.     Statement on behalf of Defendant that Defendant's Motion (#67 - 7/9/07) is withdrawn by counsel (Ms. Eskesen).

**ORDERED:**  Defendant's Motion (#67 - 7/9/07) is **DENIED AS WITHDRAWN.**

3:46 p.m.     Statement on behalf of Government (Mr. Conner).

3:57 p.m.     Statement on behalf of Defendant (Ms. Eskesen).

Judge Wiley Y. Daniel
06-cr-00193-WYD - Sentencing Minutes

| | |
|---|---|
| 4:02 p.m. | Statement by Defendant on his own behalf (Mr. Salvador). |
| 4:03 p.m. | Statement on behalf of Defendant by his brother (Patrick Salvador). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Acceptance of Responsibility (#70 - 7/13/07) is **GRANTED.**

Order Granting Government's Motion for Acceptance of Responsibility is **APPROVED BY THE COURT.**

**ORDERED:** Government's Motion for Downward Departure Pursuant to 5K1.1 (#69 - 7/13/07) is **GRANTED.**

**ORDERED:** Defendant be placed on **probation** for a term of **3 years.**

**ORDERED: Conditions** of **Probation** are:

(X)   Defendant shall not commit another federal, state or local crime.

(X)   Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X)   Defendant shall comply with standard conditions adopted by the Court.

(X)   Defendant shall not unlawfully possess a controlled substance.

(X)   The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X)   The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

**ORDERED: Special Condition(s)** of **Probation** are:

(X)   Defendant shall participate in a program of testing and treatment for drug abuse as directed by the probation officer.  Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment.  Defendant will be required to pay the cost of treatment as directed by probation.

Judge Wiley Y. Daniel
06-cr-00193-WYD - Sentencing Minutes

      (X)      The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant will be required to pay the cost of treatment as directed by the probation officer. The Court authorizes the probation officer to release psychological reports and/or the presentence report to the treatment agency for continuity of treatment.

      (X)      The defendant shall remain medication compliant and shall take all psychotropic medications that are prescribed by his treating psychiatrist. The defendant cooperate with random blood tests as requested by his treating psychiatrist and/or his supervising probation officer to ensure that a therapeutic level of his prescribed medications is maintained.

**ORDERED:**    Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**    **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**    Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis.

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**ORDERED:**    Government's Motion to Dismiss Count 1 of Indictment (#71 - 7/13/07) is **GRANTED.**

    Order to Dismiss Count 1 of Indictment is APPROVED BY THE COURT.

**4:18 p.m.**    Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 0:35**