IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00193-WYD

UNITED STATE OF AMERICA,

    Plaintiff,

v.

1. JULIAN SALVADOR,

    Defendant.

## ORDER TO DISMISS COUNT 1 OF INDICTMENT

THIS MATTER coming before the Court upon motion of the government to dismiss the Indictment in the above-entitled case, and the Court having considered the same, IT IS HEREBY

ORDERED that the Indictment in the above-captioned case is dismissed.

DATED this 19th day of July, 2007.

                BY THE COURT:

                s/ Wiley Y. Daniel
                WILEY Y. DANIEL,
                UNITED STATES DISTRICT JUDGE